UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEES NUTS LLC,

          Plaintiff,

-vs-                                Case No. 3:23-cv-1006-MMH-JBT

FEASTABLES INC.,

          Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff Dees Nuts, LLC's Motion for Preliminary Injunction and Memorandum of Law (Doc. 3; Motion) filed on August 27, 2023. Upon review of the Motion and record in this case, it appears that Plaintiff has not yet effected service of process on Defendant in accordance with Rule 4, Federal Rules of Civil Procedure (Rule(s)). Accordingly, it is

**ORDERED**:

1. Plaintiff Dees Nuts, LLC's Motion for Preliminary Injunction and Memorandum of Law (Doc. 3) is **TAKEN UNDER ADVISEMENT**.

2. Plaintiff shall promptly effect service of process on Defendant in accordance with Rule 4, and also shall serve Defendant with a copy

of the Motion and all materials filed in support thereof, as well as a copy of this Order.

3. Immediately upon accomplishing service of process, Plaintiff shall file proof of such service in accordance with Rule 4(*l*).

4. Once Plaintiff has filed proof of service, the Court will set a briefing schedule, as well as a hearing on Plaintiff Dees Nuts, LLC's Motion for Preliminary Injunction and Memorandum of Law (Doc. 3).

**DONE AND ORDERED** in Jacksonville, Florida, on August 28, 2023.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record