AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

DEES NUTS LLC,
a Florida limited liability company,

*Plaintiff(s)*

v.

FEASTABLES INC.,
a Delaware corporation,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:23-cv-01006

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Feastables, Inc.
Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE  19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Crystal T. Broughan, Esq.
Mark Gray P.A.
1200 Riverside Avenue
Suite 800
Jacksonville, FL  32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: August 31, 2023

*Signature of Clerk or Deputy Clerk*