## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DEES NUTS LLC,

          Plaintiff,

-vs-                        Case No. 3:23-cv-1006-MMH-JBT

FEASTABLES INC.,

          Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.  The Court finds it necessary to continue the preliminary injunction hearing that is currently set for Monday, September 18, 2023, at 3:30 p.m.  Accordingly, it is **ORDERED:**

The preliminary injunction hearing currently set for Monday, September 18, 2023, at 3:30 p.m. is continued to **Friday, September 22, 2023, at 10:00 a.m.** in Courtroom 10B.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of September, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record