# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEES NUTS LLC,
a Florida limited liability company,

    Plaintiff,

v.                                                          Case No. 3:23-CV-01006-MMH-JBT

FEASTABLES INC.,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE

    Plaintiff, DEES NUTS LLC, and Defendant Feastables, Inc. by and through the undersigned counsel, file this notice of settlement agreement in principle as a courtesy to the court. The parties are scheduled for a hearing on Plaintiff's Motion for Preliminary Injunction on Friday, September 22, 2023, at 10 am before the Honorable Marcia Morales Howard.

    The parties have been engaged in settlement discussions and have reached a general agreement. They are finalizing the details in a formal agreement and do not believe they will need to engage in a hearing on the pending motion on Friday, September 22, 2023.

    The parties request this Honorable Court keep the motion pending as the parties finalize the agreement. The parties will provide a status update within fourteen (14) days.

1

Defense counsel Ryan Kaiser has agreed to the filing of this Notice.

Date: September 21, 2023

                                Respectfully submitted,

                                 **/s/ Crystal T. Broughan**

Crystal T. Broughan, Esquire
Florida Bar No.: 0863343
Mitchell R. Ghaneie, Esquire
Florida Bar No.: 115965
Logan K. McEwen, Esquire
Florida Bar No.: 98683
MARKS GRAY, P.A.
P.O. Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
E-mail:    cbroughan@marksgray.com
               mghaneie@marksgray.com
               lmcewen@marksgray.com
               sallen@marksgray.com
               jpopovici@marksgray.com
               breeves@marksgray.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2023, I submitted the foregoing document with the clerk for filing with the CM/ECF system which will provide a notice of electronic filing and a copy of the foregoing to the following:

Ryan M. Kaiser
Amin Talati Wasserman, LLC
ryan@amintalati.com
Manon L. Burns
Amin Talati Wasserman, LLC
manon@amintalati.com

/s/ *Crystal T. Broughan*
Crystal T. Broughan,
*Counsel for Plaintiff*